## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 08, 2023

Ms. Julie Elizabeth Byrne
Ashbrook Byrne Kresge
P.O. Box 8248
Cincinnati, OH 45249

Mr. David Joseph Carey
American Civil Liberties Union of Ohio
Foundation
1108 City Park Avenue
Suite 203
Columbus, OH 43206

Ms. Lynnette Dinkler
Dinkler Law

174 Lookout Drive
Dayton, OH 45419

Mr. Michael Dominic Meuti
Benesch, Friedlander, Coplan & Aronoff
127 Public Square
Suite 4900
Cleveland, OH 44114

Mr. John A. Podgurski
Dinn, Hochman, Potter & Levy
5885 Landerbrook Drive
Suite 205
Cleveland, OH 44124-0000

Re: Case No. 23-3740, *John and Jane Doe No.1, et al v. Bethel Local School District Board of Education, et al*
Originating Case No. : 3:22-cv-00337

Dear Counsel,

    This appeal has been docketed as case number **23-3740** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

    Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

    At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **September 22, 2023**. Additionally, the transcript order must be

completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|            |                                                              |
|------------|--------------------------------------------------------------|
| Appellant: | Appearance of Counsel                                        |
|            | Civil Appeal Statement of Parties & Issues                   |
|            | Disclosure of Corporate Affiliations                         |
|            | Transcript Entry                                             |
|            | Application for Admission to 6th Circuit Bar (if applicable) |

|           |                                                              |
|-----------|--------------------------------------------------------------|
| Appellee: | Appearance of Counsel                                        |
|           | Disclosure of Corporate Affiliations                         |
|           | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 23-3740

JOHN AND JANE DOE NO.1, Legal Guardians on behalf of Child No.1A; JOHN AND JANE DOE NO. 2; JOHN DOE NO. 3, Legal Guardian on behalf of Child No. 3B and Child No. 3C; JANE DOE NO. 4, Legal Guardian on behalf of Child No. 4D; JANE DOE NO. 5, Legal Guardian on behalf of Child No. 5E; JANE DOE NO. 6; JANE DOE NO. 7, Legal Guardian on behalf of Child No. 7F; JOHN AND JANE DOE NO. 8; JOHN DOE NO. 9

      Plaintiffs - Appellants

v.

BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION; LYDDA MANSFIELD; LORI SEBASTIAN; NATALIE DONAHUE; DANNY ELAM; JACOB KING; MATTHEW CRISPIN, In their official capacities

      Defendants - Appellees

ANNE ROE

      Intervenor Defendant - Appellee