Case No. 23-3740

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

JOHN AND JANE DOE NO. 1, et al.,

*Plaintiffs-Appellants,*

v.

BETHEL LOCAL SCHOOL DISTRICT BOARD OF EDUCATION, et al.,

*Defendants-Appellees*

On Appeal from the United States District Court for the
Southern District of Ohio
Dayton Division

**INTERVENOR DEFENDANT-APPELLEE ANNE ROE'S UNOPPOSED MOTION TO WITHDRAW AS PARTY**

David J. Carey
ACLU OF OHIO FOUNDATION
1108 City Park Avenue, Ste. 203
Columbus, OH 43206
Phone: 614-586-1972
Fax: 614-586-1974
dcarey@acluohio.org

Freda Levenson
ACLU OF OHIO FOUNDATION
4506 Chester Ave.
Cleveland, OH 44103

Michael D. Meuti
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: 216-363-4500
Fax: 216-363-4588
mmeuti@beneschlaw.com

Phone: 614-586-1972
Fax: 614-586-1974
flevenson@acluohio.org

*Counsel for Intervenor Defendant-Appellee Anne Roe (a minor, by and through her legal guardian Joanne Roe)*

**INTRODUCTION AND PROCEDURAL BACKGROUND**

Intervenor Defendant-Appellee Anne Roe, by her guardian Joanne Roe, respectfully moves to withdraw from this action as a party, on the basis that she is no longer enrolled in in-person classes at Bethel High School for the 2023-2024 academic year. This change in circumstances effectively extinguishes her interest in this action. Counsel for all other parties to this action have been advised of this Motion and the basis for it, and do not oppose the requested relief.

Appellants initiated this matter in the United States District Court for the Southern District of Ohio on November 22, 2022 with their Complaint against the Bethel Local School District Board of Education (the "School District"), its five members, and its superintendent. Appellants asserted a number of claims citing the Ohio Open Meetings Act, Title IX, fundamental parenting rights, equal protection, free exercise of religion, and the Protection of Pupil Rights Amendment, challenging various alleged policies, practices, and actions of the School District—including its decision to allow transgender students to use school communal restrooms matching their gender identities. Their Complaint requests injunctive relief, declaratory relief, "[f]urther relief … including damages[,]" and an award of costs and attorneys' fees from the named defendants. *See* Complaint, R. 1, at Prayer for Relief. None of Appellants' claims in the Complaint—or in any other filing since—are directed

towards Anne Roe, who was not named as a defendant. On December 2, 2022, Appellants moved for a preliminary injunction. *See* R. 5.

On January 9, 2023, Anne Roe, who was then a ninth-grade student at Bethel High School, moved to intervene as a defendant in the action below. Anne is transgender, and maintained a strong interest in being able to use the girls' communal restrooms at school. Her basis for intervention, as stated more fully in her Motion to Intervene, was to protect her ability to continue using the restroom at Bethel High, an ability that would be directly affected by the outcome of Appellants' claims. *See* Motion to Intervene, R. 13. Anne took no position on Counts One (Ohio Open Meetings Act) and Six (Protection of Pupil Rights Amendment) of the Complaint, but opposed Appellants' other claims, and opposed the entry of preliminary injunctive relief.

Appellants did not oppose Anne Roe's intervention or dispute her basis for doing so, nor did Appellees. *See* Appellants' Response, R. 28; Appellees' Response, R. 29. The district court subsequently granted intervention as of right, finding that Anne satisfied the requirements of Federal Rule of Civil Procedure 24(a)(2). Order, R. 30. Anne filed her response to Plaintiffs' Motion for Preliminary Injunction on January 20, 2023, answered the Complaint on January 27, and on March 27, filed a combined Rule 12(b)(1) motion to dismiss and Rule 12(c) motion for partial judgment on the pleadings. Anne Roe's Rule 12 Motion, R. 75. Appellees

incorporated by reference the entirety of Anne's motion into their own motion to dismiss and motion for judgment on the pleadings. Appellees' Rule 12 Motion, R. 79 at PageID 1652.

On August 2, Anne Roe filed with the district court an unopposed motion to withdraw as a party, stating that for the 2023-2024 academic year, she will be enrolled in online classes. At that time she advised the district court—as still remains the case—that she has no plans to attend in-person classes or activities at Bethel High School. Motion to Withdraw, R. 93.

Five days later, on August 7, the district court granted Anne Roe's and Appellees' combined Rule 12 motions. Order, R. 94. That Order terminated the underlying litigation before the district court; accordingly, the district court denied Anne's motion to withdraw as moot. *Id.* at PageID 2048–49 & n.9.

This appeal followed.

## ARGUMENT

An intervenor must continue to meet intervention requirements "throughout the duration of the litigation, as courts must be able to ensure that parties have a live interest in the case." *Coal. to Defend Affirmative Action, Integration & Immigrant Rts. & Fight for Equal. By Any Means Necessary v. Regents of Univ. of Michigan*, 701 F.3d 466, 490 (6th Cir. 2012), *rev'd on other grounds sub nom. Schuette v. Coal. to Defend Affirmative Action, Integration & Immigrant Rts. & Fight for Equal. By*

*Any Means Necessary (BAMN)*, 572 U.S. 291 (2014); *see also, e.g.*, *United States v. Johnson*, 918 F.2d 958 (6th Cir. 1990); *United States v. Perotti*, 702 F. App'x. 322, 323 (6th Cir. 2017) (live case and controversy must still exist in the appellate stage). Courts allow intervenors to withdraw freely where they do not maintain such an interest, and so long as it "does not seriously interfere with the actual hearings." *Morgan v. McDonough*, 726 F.2d 11, 14 (1st Cir. 1984) (internal citation omitted).

Anne Roe satisfied the requirements of intervention in this action by virtue of her full-time in-person attendance at Bethel High School, and the accompanying necessity of her using the school restrooms. As she no longer anticipates attending any in-person classes at Bethel, she no longer maintains an interest in this litigation, and requests that this Court grant her leave to withdraw as a party.

Should this Motion be granted, Anne Roe intends to submit an amicus brief at the appropriate stage of this action, subject to the requirements of Federal Rule of Appellate Procedure 29. Appellants and Appellees have both consented to the filing of such a brief.

/s/ David J. Carey
David J. Carey
ACLU OF OHIO FOUNDATION
1108 City Park Avenue, Ste. 203
Columbus, OH 43206
Phone: 614-586-1972
Fax: 614-586-1974
dcarey@acluohio.org

Freda Levenson
ACLU OF OHIO FOUNDATION
4506 Chester Ave.
Cleveland, OH 44103
Phone: 614-586-1972
Fax: 614-586-1974
flevenson@acluohio.org

Michael D. Meuti
BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Telephone: 216-363-4500
Fax: 216-363-4588
mmeuti@beneschlaw.com

*Counsel for Intervenor Defendant-Appellee Anne Roe (a minor, by and through her legal guardian Joanne Roe)*

Dated: September 25, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g)(1) I, David J. Carey certify that this document complies with the word limit of Fed R. App. P. 27(d)(2)(A) because it contains 896 words, excluding elements exempted by Fed. R. App. P.32(f). Additionally, I certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in 14-point Times New Roman font using Microsoft Word.

Dated: September 25, 2023      By:   /s/ David J. Carey
                                     David J. Carey

                                     *Counsel for Intervenor Defendant-Appellee*

## CERTIFCATE OF SERVICE

I, David J. Carey, hereby certify that on this 25th day of September, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Sixth Circuit via the ECF system, which will send notification of such filing to all counsel of record.

Dated: September 25, 2023          By:   /s/ David J. Carey
                                         David J. Carey

                                         *Counsel for Intervenor Defendant-Appellee*