## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 15, 2024

Ms. Lynnette Dinkler
Dinkler Law
174 Lookout Drive
Dayton, OH 45419

Mr. John A. Podgurski
Law Office of John Podgurski
9155 Chillicothe Road
Kirtland, OH 44094

Re: Case No. 23-3740, *John and Jane Doe No.1, et al v. Bethel Local School District Board of Education, et al*
Originating Case No.: 3:22-cv-00337

Dear Counsel,

Upon consideration of the motion to extend time for 1-day to file appellees brief instanter, and further considering the brief was filed May 14, 2024, the motion is GRANTED, and the appellees brief is accepted as timely filed.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

cc: Mr. Joseph P Ashbrook
 Mr. Nicholas Barry
 Ms. Julie Elizabeth Byrne
 Mr. Benjamin Michael Flowers
 Mr. Thomas Elliot Gaiser
 Mr. Gabriel Krimm
 Mr. Richard W. Nagel
 Mr. Vincent M. Wagner

Enclosure