

Ashbrook Byrne Kresge LLC
PO Box 8248
Cincinnati, Ohio 45249
AshbrookByrneKresge.com

Benjamin M. Flowers
513 201 5775
bflowers@ashbrookbk.com

Kelly L. Stephens
Clerk of the Court
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202-3988

October 17, 2024

**Filed via CM/ECF**

**Re:** *Rule 28(j) Notice of Supplemental Authority in Doe v. Bethel Local School District Board*, **No. 23-3740 (6th Cir.)**

Dear Ms. Stephens:

I am writing under Rule 28(j) to notify the panel of this Court's decision in *Tennessee v. U.S. Department of Education*, 104 F.4th 577 (2024).

By way of background, the defendants have taken the position that Title IX's protections extend to gender identity, thus requiring schools to permit transgender students to use restrooms designated for the opposite sex. To support this interpretation, they have cited *Dodds v. U.S. Department of Education*, 845 F.3d 217 (6th Cir. 2016). The plaintiffs have countered that *Dodds* "never resolved" the question whether Title IX entitles transgender students to use bathrooms designated for the opposite sex, "creating no binding precedent on the issue." Opening Br. 35.

In *Tennessee*, this Court embraced the plaintiffs' reading: *Dodds* never "determin[ed] the merits of the issue presented," and thus created no binding precedent on the meaning of Title IX. 104 F.4th at 614.

Sincerely,

Ben Flowers

## CERTIFICATE OF SERVICE

I certify that on October 17, 2024, I filed this Rule 28(j) letter electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system.

*/s/ Benjamin M. Flowers*
Benjamin M. Flowers
