**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

| | |
|---|---:|
| **Kelly L. Stephens** <br> **Clerk** | **513-564-7000** |

March 31, 2025

Benjamin Michael Flowers
Joseph P. Ashbrook
Nicholas Barry
June Elizabeth Byrne
Taylor Christine Knight
John A. Podgurski

        RE:    Case No. 23-3740, *John and Jane Doe No. 1, et al. v. Bethel Local School District Board of Education, et al.*

Dear Counsel,

The panel requests supplemental briefing from the parties regarding the following questions:

(1) Whether, in light of Ohio's enactment of SB 104, Bethel maintains its bathroom policy.

    (a) If Bethel no longer maintains the policy, if and how plaintiffs' claims for declaratory and injunctive relief are impacted; or

    (b) If Bethel maintains the policy, if and how plaintiffs' declaratory judgment claim pertaining to Title IX is impacted.

(2) Whether there are currently any transgender students attending in-person classes in the Bethel school district.

    (a) If there are no longer any transgender students attending in-person classes within the district, how plaintiffs' requests for declaratory and injunctive relief are impacted.

First, Bethel shall file its supplemental brief within 14 days of the date of this order. Second, the plaintiffs shall file their response brief within 7 days after Bethel files its supplemental

brief. Third, Bethel may file a reply brief within 7 days after plaintiffs file their response brief. Each party's initial briefs shall not exceed 10 pages, and the reply brief shall not exceed 5 pages.

    Thank you for your prompt attention to this matter.

    Sincerely,

    Kelly L. Stephens